# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY COMPANY, as subrogee of Kristine A. Kelly,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No.: 2:19-cv-00875-JLR<br><br>GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to plaintiff's Notice of Dismissal and the Court being fully advised in the premises,

IT IS ORDERED AND ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: 29 July, 2019.

_____
JUDGE

Respectfully Submitted by:

By: _____
CHELSEY J. THORNE    WSBA #49740
cthorne@msmlegal.com
Of Attorneys for Plaintiff

1 – GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE